Commonwealth *v.* Diana, Appellant.

Before CAMPBELL, P. J.

Submitted September 9, 1974. *Gary A. Delafield,* Assistant Public Defender, and *Robert L. Martin,* Public Defender, for appellant; *Grant H. Fleming,* Assistant District Attorney, and *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Engle, Appellant.

Before BODLEY, J.

Submitted June 10, 1974. *Nino V. Tinari,* for appellant; *Martin J. King,* Assistant District Attorney, *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.